## SCHWAB v. HIRSCH

---

(May 9, 1927. Opinion and Decree.)
(May 23, 1927. Rehearing Refused.)

---

(*Syllabus by the Court*)

1. **Louisiana Digest—Appeal—Par. 625.**
The findings of the trial court on matters of fact where not manifestly erroneous are affirmed.

Appeal from First City Court, Section "C". Hon. Wm. V. Seeber, Judge.

Action by Rudolph Schwab, plaintiff and appellee, against Harry Hirsch, defendant and appellant.

There was judgment for plaintiff. and defendant appealed.

Judgment affirmed.

Thos. J. Dobbins, of New Orleans, attorney for plaintiff, appellee.

L. R. Hoover, of New Orleans, attorney for defendant, appellant.

WESTERFIELD, J. The question presented by this appeal is whether or not the plaintiff was the procuring cause in the leasing of defendant's property, for which he claims a commission.

The court, a qua, resolved the question in plaintiff's favor. A careful reading of the record fails to show manifest error. The judgment appealed from is affirmed.